AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

FILED by D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

VICTORINO VENANCIO LOPEZ

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6360
## CR-DIMITROULEAS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___VICTORINO VENANCIO LOPEZ___

MAGISTRATE JUDGE
Name
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Office:

12/19/00 Ft. Lauderdale, FL
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | 13@ |