UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| Plaintiff | 00-6360 CR-DIMITROULEAS |
| v. | |
| VICTORINO VENANCIO LOPEZ | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 66767-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __12-22-00    5:45 AM__
2. Spoken language: __SPANISH__
3. Offense(s) charged: __TITLE 18 USC SECTION 659, 2, 371__
4. U.S. Citizen    ☐ YES    ☒ NO    ☐ UNKNOWN
5. Date of birth: __04-01-65__
6. Type of charging document: (Check One)
   ☒ INDICTMENT    ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. __00-6360__    CASE NO. __00-6360 CR-DIMITROULEAS__
   DISTRICT: __Southern District FL__ (Where warrant or complaint is filed.)
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☒ YES    ☐ NO
   AMOUNT OF BOND: __$100,000__
   WHO SET BOND: __Court__

7. REMARKS:

8. DATE: __12-22-00__
9. S/A __D. Hemming__
   ARRESTING OFFICER
10. AGENCY: __FBI__
11. __(305) 471-3400__
    PHONE NO.

FILED BY ___ D.C.
2000 DEC 27 PM 4:33
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA