# United States District Court

**SOUTHERN**    **DISTRICT OF**    **FLORIDA**

UNITED STATES OF AMERICA

V.

VICTORINO VENANCIO LOPEZ

TO: **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

**CASE NUMBER:**

**00 - 6360
CR - DIMITROULEAS**

**MAGISTRATE JUDGE
SNOW**

YOU ARE HEREBY COMMANDED to arrest _____ VICTORINO VENANCIO LOPEZ _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title **18** United States Code, Sections _____ 371; 659 and 2 _____

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at $100,000 CSR

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, FL
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

---

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at  Miami, FL |||
| DATE RECEIVED  12/19/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. TAssone  Untied States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER  Edward Purchase, SDUSM |
| DATE OF ARREST  12/22/00 | | |