## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | VICTORINO VENANCIO LOPEZ (J) | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE  *pres* | ATTY: | SCOTT SAKIN, ESQ.  *pres* |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT / BOND HEARING | RECOMMENDED BOND: | 100,000 PSB OR 100,000 10% w/Nebbia |

FILED by ____ D.C.
JAN -4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes (no)  ST *4p*   COUNSEL APPOINTED: _____

BOND SET @: 10,000  10%
           100,000  PSB

To be cosigned by: *girlfriend Lillian Ortiz*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents. *w/in 24 hours of release*
- ☑ Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☒ Travel extended *OKs to truck driving job w/ Notification to PTS*
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No interpreter
Not Known
*Spanish*
(Specify language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | BSS | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 01- 001   Begin: 3025   End: 3925