```
REC'D by _____ D.C.
DKTG
JAN 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

FILED by _____ D.C.
JAN -4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

VICTORINO VENANCIO LOPEZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____SCOTT SAKIN, ESQ._____

                    Address:_____

                    _____

                    Telephone:_____

BOND (SET)/CONTINUED:  $__10,000  /10%  +  100,000 PSB__

Bond hearing held:  yes__Stip__no____  Bond hearing set for_____

Dated this __4TH__ day of __JANUARY__,2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Henry Butler_____
    Deputy Clerk

Tape No. _01- 001_____

cc: Copy for Judge
    U. S. Attorney

