UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

v.                   CASE NO.00-6360-CR-DIMITROULEAS

VICTORINO VENANCIO LOPEZ,

      Defendant.

_____/

## **DEFENDANT LOPEZ'S NOTICE OF NON-RECEIPT OF DISCOVERY**

DEFENDANT, VICTORINO LOPEZ, through counsel, notifies the Court that

no discovery has been received in the instant case and sets forth the following:

1. On January 4, 2001, the Defendant entered a plea of not guilty, and United

States Magistrate Judge Lurana Snow entered the Standing Discovery Order.

2. The Standing Discovery Order requires the government to furnish discovery

within fourteen days.

3. On January 9, 2001, this Court noticed the case for trial and further

instructed defense counsel to notify the Court in writing within five days after the time

periods outlined in the Standing Discovery Order that discovery has not been

received.



4. As of January 25, 2001, no discovery has been received in this case.[1]

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Attorney for Defendant Lopez
1411 N.W. North River Drive
Miami, Florida 33125
Tel. No. (305) 545-0007
Fla. Bar No. 349089

By:_____
     Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via hand delivery to the Office of the United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 on this __25__ day of January, 2001.

By:_____
     Scott W. Sakin, Esq.

---

[1]Counsel was notified that the government's attorney is out of the country due to a family emergency. However, counsel is unaware of any order which has altered the timing of discovery in this case.