UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,              CASE NO.: 00-6360-CR-DIMITROULEAS

V.

VICTORINO LOPEZ,

          Defendant.
_____/

## DEFENDANT LOPEZ'S REQUEST FOR EXPERT WITNESS SUMMARIES



      DEFENDANT, VICTORINO LOPEZ, through undersigned counsel, pursuant to

Federal Rule of Criminal Procedure 16(a)(1)(E) and S.D. Fla. L.R. 88.10N, requests a written

summary of testimony the government intends to use under Rules 702, 703, or 705 of the

Federal Rules of Evidence.

      Defendant specifically requests the expert witness(es) opinions, the basis and the

reasons for those opinions, and the witness(es) qualifications.

      I HEREBY CERTIFY that a true and correct copy of the above was furnished to
**Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort
Lauderdale, Florida 33394, this ⟨25⟩ day of January, 2001.

                    Respectfully submitted:
                    SCOTT W. SAKIN, P.A.
                    Attorney for Defendant
                    1411 N.W. North River Drive
                    Miami. FL 33125
                    Tel: (305) 545-0007
                    Fla. Bar #349089

BY: _____
          Scott W. Sakin, Esq.