cr-06360-WPD Document 115 Entered on FLSD Docket 01/26/2001

COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Victorino Lopez (no deft)     CASE NO: 00-6360-CR-Dimitrouleas
AUSA: Don Chase / Bruce Brown     ATTNY: Scott Sakin *present*
AGENT:     VIOL:
PROCEEDING: Status Conference     BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

FILED by _____ D.C.
INTAKE
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. LAUD.

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Discovery out
5 days to try
Got's mot to Cont pending

∆ - has not rec'd discovery

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 1-25-01    TIME: 11:00am    TAPE # 01-663    PG # 2
2839 -