## CRIMINAL MINUTES

FILED _____ D.C.

FEB 09 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6360-CR-WPD    DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Mendez, Medina, Villares, Fernandez, Perez

U.S. ATTORNEY: Dontchose    DEFTS COUNSEL: Lopez, Martinez
Larry Bardfield for

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Defts' motions to continue are granted. Court resets case & finds the time from today until trial deemed excludable. Court directs that all defts not present need to file written waivers of speedy trial rights

CASE CONTINUED TO: 4/20/01    TIME: 9:00    FOR: Cal. Call
                   4/23/01
MISC: 2 week trial period

* Deft Leandro Perez Cal. Call Reset to 2/12/01 @ 9:15

151/89