
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

          CASE NO.00-6360-CR-DIMITROULEAS

    Plaintiff,

v.

VICTORINO LOPEZ,

    Defendant.

_____/

## DEFENDANT LOPEZ'S MOTION TO CHANGE ADDRESS

VICTORINO LOPEZ, through undersigned counsel, moves this Honorable Court to change his home address, and as grounds therefor states as follows:

1. VICTORINO LOPEZ is currently out on a $100,000 personal surety bond along with a $10,000 10% bond, signed by the Defendant's girlfriend, Lillian M. Ortiz.

2. Defendant reports regularly in person to Pre-Trial Services.

3. On March 7, 2001, while Defendant reported to Pre-Trial Services, Jim Navarro, the Pre-Trial Services Officer assigned to Defendant's case, advised the undersigned that Defendant had moved to a different apartment in Hialeah. Mr. Navarro further advised that he has no objection to Defendant's change of address.

4. Defendant's new address, effective immediately, is:



**151 W. 5th Street, Apartment 4**
**Hialeah, Florida 33010**

5. Defendant's new home telephone number is (305) 885-6300.

6. Defendant was unaware that he was required to seek court approval prior to changing his home address.

WHEREFORE, the Defendant respectfully moves this Court to grant his motion to change address.

    Respectfully submitted:
    SCOTT W. SAKIN, P.A.
    Attorney for Defendant Victorino Lopez
    1411 N.W. North River Drive
    Miami, Florida 33125
    Tel. No. (305) 545-0007
    Fla. Bar No. 349089

    By: _____
    Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Donald F. Chase, II, Assistant U.S. Attorney,** Office of the U.S. Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394, and to **Jim Navarro, Pre-Trial Services**, 330 Biscayne Boulevard, Room 500, Miami, Florida 33132 on this ___8___ day of March, 2001.

    By: _____
    Scott W. Sakin, Esq.

2