

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

        CASE NO.00-6360-CR-DIMITROULEAS

Plaintiff,

v.

VICTORINO LOPEZ,

Defendant.
_____/

## ORDER ON DEFENDANT LOPEZ' MOTION TO CHANGE ADDRESS

THIS CAUSE having come before the court upon Defendant Victorino Lopez' Motion to Change Address, and the ~~Cotirt~~ Court having been duly advised in the premises,

it is hereby

ORDERED AND ADJUDGED that Defendant Lopez's Motion to Change Address is hereby __Granted__.

DONE AND ORDERED at ~~Miami~~ Ft. Lauderdale, Florida, this __12__ day of __March__, 2001.

WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

copies furnished to:
Scott W. Sakin, Esq.
Donald F. Chase, II, AUSA (Ft. Laud.)
Jim Navarro, Pre-Trial Services (Miami)

