**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD     DATE: April 17, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA     VS. Victorino Venancio Kreiz

U.S. ATTORNEY: Ana Mese     DEFT. COUNSEL: Scott Sakin

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and Questioned
by the Court. Deft to Enter Guilty plea
to Count 1. Gvt agrees to dismiss
Count 3 @ time of Sentencing
Court accepts Guilty plea.

CASE CONTINUED TO: 6/29     TIME: 11:15     FOR: Sentencing

MISC: written plea agreement filed.

