**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD    DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Victorino Veronica Lopez

U.S. ATTORNEY: On arrest    DEFT. COUNSEL: Scott Sakin

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 3 years probation, $8430.52 Restitution joint & several liability. 50 hours Community service per year while on Probation, no fine, $100.00 assessment. Court authorizes travel for work purposes only. If ordered deported, deft shall remain outside the United States.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.