UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Case No.  00-6360-CR-DIMITROULEAS |
| ) | |
| -vs- ) | MOTION FOR DISBURSEMENT OF BOND |
| ) | |
| VICTORINO LOPEZ ) | |
| Defendant ) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by LILLIAN M. ORTIZ in the amount of $ 1,000.00 plus any accrued interest be refunded to: LILLIAN M. ORTIZ, 12508 S.W. 147th Terrace, Miami, Florida 33186

(Payee and Mailing Address for Check)

The beneficiary's social security or tax identification number is as follows:

LILLIAN M. ORTIZ
(Name of Beneficiary)

12508 S.W. 147th Terrace
(Address for mailing of Form 1099)

| Miami | Fl | 33186 |
|---|---|---|
| (City) | (State) | (Zip) |

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
(SS or Tax Identification)

SCOTT W. SAKIN, P.A.
(Petitioner or Attorney)

Consented to by:

Donald F. Chase, II, Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Ft Laud, Florida, this 29 day of _____, A.D., 2001.

UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney – Don Chase
Petitioner/Counsel of Record - Scott Sakin
Financial Deputy Clerk