# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

RECEIVED

2001 JUL -3 AM 9:19

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Offenses Committed On or After November 1, 1987) |
| VICTORINO VENANCIO LOPEZ | Case Number: **00-6360-CR-WPD** |
| | Counsel For Defendant: Scott Sakin, Esq. |
| | Counsel For The United States: Donald Chase, AUSA |
| | Court Reporter: Robert Ryckoff |

FILED by _____ D.C.
JUL 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THE DEFENDANT:**

[X] pleaded guilty to count(s)  ONE

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
| --- | --- | --- | --- |
| 18 USC § 371 | Conspiracy to Steal and Possess Property From an Interstate Shipment | 12/3/1999 | ONE |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s)  **THREE**  (Is) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **4/1/1965**
Defendant's USM Number: **66767-004**

Defendant's Residence Address:
151 West 5th Street
Apt. 4
Hialeah, FL 33010

Defendant's Mailing Address:
151 West 5th Street
Apt. 4
Hialeah, FL 33010

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

**June 29, 2001**
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: _____



No further action required by
the U.S. Marshals Service.

_James A Tadello_
UNITED STATES MARSHAL

_Sabrina Livingston_ SDUSM