PROB 12B
(SD/FL 9/96)

**SD/FL PACTS No. 66720**

# UNITED STATES DISTRICT COURT

### for

### SOUTHERN DISTRICT OF FLORIDA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: LOPEZ, VICTORINO V.

Case Number: 00-6360-CR-DIMITROULEAS

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge,
U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: June 29, 2001

Original Offense: Conspiracy to Steal and Possess Property From an Interstate Shipment, in violation
of Title 18 U.S.C. § 371, a class D felony.

Original Sentence:    Three (3) years Probation.  Special conditions of probation include the
following: The Court authorizes travel for work purposes only.  At the
completion of the defendant's term of imprisonment, the defendant shall be
surrendered to the custody of Immigration and Naturalization Service for
deportation proceedings consistent with the Immigration and Nationality Act.
If deported, the defendant shall not reenter the United Sates without the express
permission of the United States Attorney General. The term of supervision shall
be non-reporting if the defendant resides outside the United States. If the
defendant should reenter the United States, within the term of supervised
release, the defendant is to report to the nearest United States Probation Office
within 72 hours of his or her arrival.   The defendant shall provide complete
access to financial information, including disclosure of all business and personal
finances, to the U.S. Probation Officer.  The defendant shall perform 50 hours of
community service per year over the course of supervision, as directed by the
United States Probation Officer. The defendant is also ordered to pay restitution
in the amount of $8,420.52.

Type of Supervision: Probation             Date Supervision Commenced: June 29, 2001

PROB 12B                                          **SD/FL PACTS No. 66720**
(SD/FL 9/96)

# PETITIONING THE COURT

[  ]     To extend the term of supervision for__ years, for a total term of__ years.

[X]      To modify the conditions of supervision as follows:

       The defendant shall perform an additional <u>50</u> hours of community service at the direction of the U.S. Probation Office.

# CAUSE

  <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law.  On or about May 27, 2002, in Miami-Dade County, Florida, the probationer was arrested by Hialeah Police and charged with Resisting arrest without violence on Count 1; contrary to Florida Statute 843.02.

The probationer  was released on bond on May 27, 2002.  On July 27, 2002, In State Court, the defendant entered a guilty plea and adjudication was withheld. The defendant was ordered to pay a fine and court cost in the total amount of $161.00. Additionally, the defendant must complete an anger control course within sixty(60) days of his sentence. This was a misdemeanor offense.

According to the arrest affidavit, the Hialeah Police Officer was dispatched to a residence regarding a fight. Upon the officer's arrival, the probationer was ordered to back away and to calm down, as he was interfering with the investigation.  The probationer ignored the officer's numerous commands. The probationer was placed under arrest.

During the course of supervision the probationer has maintained stable employment and has completed his first 50 hours of community service. On December 20, 2001, the probationer satisfied his court ordered restitution in full. Since this is the probationer's first incident while under supervision, we are respectfully recommending the modification requiring the probationer to complete fifty (50) additional hours of the community service.

PROB 12B
(SD/FL 9/96)

**SD/FL PACTS No. 66720**

The probationer has voluntarily agreed and signed a waiver to the modification of his supervision requiring him to perform an additional <u>50</u> hours of community service at the direction of the U.S. Probation Office.

      If Your Honor requires any additional information, please contact the undersigned officer

Respectfully submitted,

by      *Raymond Llerandi*

Raymond Llerandi
U.S. Probation Officer
Phone: (305) 512-1821
Date: August 19, 2002

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[X]    Submit a Request for X Warrant or _ Summons

Signature of Judicial Officer

August 22, 2002
Date