PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66720

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6360-CR-DIMITROULEAS

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: LOPEZ, VICTORINO VENANCIO  
Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge,  
U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: June 29, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Steal and Possess Property From an Interstate Shipment, in violation of Title 18 U.S.C.§ 371, a class D felony. |
| Original Sentence: | Three (3) years Probation. Special conditions of probation include the following: The Court authorizes travel for work purposes only. At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act. If deported, the defendant shall not reenter the United Sates without the express permission of the United States Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States, within the term of supervised release, the defendant is to report to the nearest United States Probation Office within 72 hours of his or her arrival.The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer. The defendant shall perform 50 hours of community service per year over the course of supervision, as directed by the United States Probation Officer. The defendant is also ordered to pay restitution in the amount of $8,420.52. |

Type of Supervision: Probation          Date Supervision Commenced: June 29, 2001

Assistant U.S. Attorney:                 Defense Attorney:  
Thomas A. O' Malley                      Scott William Sakin, Esquire

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

PROB 12C                                                                SD/FL PACTS No. 66720
(SD/FL 9/96)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 27, 2002, in Miami-Dade County, Florida, the probationer was arrested by Hialeah Police and charged with Resisting Arrest Without Violence on Count 1; contrary to Florida Statute 843.02. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
[ ]  revoked.
[ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:


                                              Respectfully submitted,

                                    by        

                                              Raymond Llerandi
                                              U.S. Probation Officer
                                              Phone: (305) 512-1821
                                              Date: September 4, 2002

================================================================

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

                                              Signature of Judicial Officer

                                              Sept 6, 2002
                                              Date