PROB 19                                                                                                          SD/FL PACTS No.66720

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6360-CR-DIMITROULEAS</u>

U.S.A. vs LOPEZ, Victorino

TO:[1] "Any U.S. Marshal or any other authorized representative"

| WARRANT FOR ARREST OF PROBATIONER ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. ||||
| NAME OF PROBATIONER<br>LOPEZ, Victorino | SEX<br>M | RACE<br>W/H | AGE<br>37 |
| ADDRESS (STREET,CITY,STATE)<br>151 WEST 5 STREET, APARTMENT #4, HIALEAH, FLORIDA 33010 ||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida, Fort Lauderdale ||| DATE IMPOSED<br>6/29/2001 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Southern District of Florida, Fort Lauderdale, Florida ||||
| CLERK <i>[signature]</i><br>Southern District of Florida | (BY) DEPUTY CLERK<br>Clarence Maddox || DATE<br>SEP 6 2002 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
|  ||||
| NAME | (BY) || DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer of the United States"; or "the United States Marshal and _____ District of _____"; or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _[signature]_
   Deputy Clerk
Date 9/6/02

345