# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | CASE NUMBER: CR 00-6360-cr-D___ |
| Plaintiff ] | |
| -vs- ] | REPORT COMMENCING CRIMINAL ACTION |
| ] | |
| JERONIMO LOPEZ ] | 66767-004 |
| Defendant | USMS Number |

**************************************************************
TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
**************************************************************
COMPLETE ALL ITEMS.    INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/1/02  11:40  AM ___ PM ✓

(2) LANGUAGE SPOKEN: SPANISH

(3) OFFENSE(S) CHARGED: Probation Violation

(4) UNITED STATES CITIZEN:  ( ) YES  (✓) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 4/1/63

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [✓] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 10/1/02    ARRESTING OFFICER: Chris Kun

(10) AGENCY: USMS    (11) PHONE: (305) 536-5677

(12) COMMENTS: _____

