CASE NUMBER     00-6360-CR-DIMITROULEAS

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE  Spanish

DEFENDANT(S)  VICTORINO VENANCIO LOPEZ