UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: $25,000 - PSB
CASE NO.: 00-6360-CR Dimitrouleas

UNITED STATES OF AMERICA
Plaintiff,

v.

Lopez, Victorino
Defendant,

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $25,000 - PSB.

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

　　1. Shall appear before this court and at such other places as the defendant may be required to appear accordance with any and all orders and directions relating to the defendant's appearance in this case, includ appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or other United States District Court to which the defendant may be held to answer or the cause transferred. defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed obeying any order or direction in connection with such judgment. This is a continuing bond, including any procee on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise

　　2. May not at any time, for any reason whatever, leave the Southern District of Florida or other Distric which the case may be removed or transferred after he or she has appeared in such District pursuant to the condit of this bond, without first obtaining written permission from the court, except that a defendant ordered remove transferred to another district may travel to that district as required for court appearances and trial preparation u written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Sout District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin Lucie, Indian River, Okeechobee, and Highlands.**

　　3. May not change his or her present address as recorded on page 4 of this bond without prior permissi writing from the court.

　　4. Is required to appear in court at all times as required by notice given by the court or its clerk to the ad on this bond or in open court or to the address as changed by permission from the court. The defendant is requir ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the cas no event may a defendant assume that his or her case has been dismissed unless the court has entered an ord dismissal.

　　5. Shall not commit any act in violation of state or federal laws.



DEFENDANT: Lopez, Victorinus
CASE NUMBER: 00-6360-Cr
PAGE TWO

Omit Rou/eas.

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the spec conditions checked below:

___ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any tra documents during the pendency of the case;

___ b. Report to Pretrial Services as follows: ( ) *as directed or* _____ *times in person and* _____ *times by telephoi*

___ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defin in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licens medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, or personal, until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus termin train stations, etc.;*

___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following ho confinement program components and abide by all the requirements of the program which ( ) will not ( ) will include electronic monitoring or other location verification system, paid for by the defend *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

_____ Curfew: You are restricted to your residence every day from _____ to _____, or as dire by the Court.

_____ Home Detention: You are restricted to your residence at all times except for: ( ) medical need treatment, ( ) court appearances, ( ) attorney visits or court ordered obligations, and ( ) ot

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or commu corrections center and abide by all the rules and regulations of the program. You are restricted to the halfway house at all times except for: ( ) employment; ( ) education; ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visi ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and ( ) other _____

___ p. May travel to and from: _____, and must notify Pretrial Services of travel before leaving and upon return.

___ q. Comply with the following additional conditions of bond:

_____

_____



DEFENDANT: Lopez, V.T.
CASE NUMBER: 00-6360-CR
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of a bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to a other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment an $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 ma it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a crimi investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment an $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offe punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or inform or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fail appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court or If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the servic a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or m the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or b
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or b
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than years, or both;
(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentenc imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail po which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced b applicable laws of the United States.

DEFENDANT: Lopez, Victorino
CASE NUMBER: 00-6360-CR-Dimitrouleas
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditi may be declared by a judicial officer of any United States District Court having cognizance of the above entitled ma at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may entered upon motion in such United States District Court against each surety jointly and severally for the amoun the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Fed Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all o terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agen the corporate surety and have full power to execute this bond in the amount stated.

Signed this 1st day of Oct, 20 02, at Miami, Flori
Signed and acknowledged before me:
WITNESS: [signature]
ADDRESS: [signature]
305-530-7000 ZIP

**DEFENDANT**
DEFENDANT:(Signature) [signature]
ADDRESS: 151 W. 5 Street #4
Hialeah, FL  ZIP 33010
TELEPHONE: 305-885-6300

### CORPORATE SURETY

Signed this ___ day of ___, 20___, at ___, Flor
SURETY: ___
ADDRESS: ___
ZIP ___
AGENT:(Signature) ___
PRINT NAME: ___
TELEPHONE: ___

### INDIVIDUAL SURETIES

Signed this __ day of ___, 20__, at ___, Florida.
SURETY:(Signature) ___
PRINT NAME: ___
RELATIONSHIP TO
DEFENDANT: ___
ADDRESS: ___
ZIP ___
TELEPHONE: ___

Signed this __ day of ___, 20___, at ___, Flor
SURETY:(Signature) ___
PRINT NAME: ___
RELATIONSHIP TO
DEFENDANT: ___
ADDRESS: ___
ZIP ___
TELEPHONE: ___

### APPROVAL BY COURT

Date: 1 Oct 02

[signature]
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Probation