PROB 19                                                             SD/FL PACTS No.66720

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6360-CR-DIMITROULEAS</u>

U.S.A. vs LOPEZ, Victorino

TO:[1] "Any U.S. Marshal or any other authorized representative"

| WARRANT FOR ARREST OF PROBATIONER |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |||||
| NAME OF PROBATIONER<br>LOPEZ, Victorino || SEX<br>M | RACE<br>W/H | AGE<br>37 |
| ADDRESS (STREET,CITY,STATE)<br>151 WEST 5 STREET, APARTMENT #4, HIALEAH, FLORIDA 33010 |||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida, Fort Lauderdale ||| DATE IMPOSED<br>6/29/2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Southern District of Florida, Fort Lauderdale, Florida |||||
| CLERK _(signature)_<br>Southern District of Florida | (BY) DEPUTY CLERK<br>Clarence Maddox ||| DATE<br>SEP 6 2002 |

| RETURN |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>9/6/02 | DATE EXECUTED<br>10/1/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Miami, FL |||
| NAME   Edward Stubbs, Acting<br>US Marshal   S/D   FL | (BY) _(signature)_<br>Glen Wilner, SDUSM | DATE<br>10/1/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

