UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.  CASE NO. 00-6360-CR-DIMITROULEAS

VICTORINO LOPEZ

---

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**November 7, 2002 AT 1:00 P.M.**

---

TYPE OF
HEARING:     Final Revocation/Sentencing on Probation Release Violation

---

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 15, 2002

cc:     United States Attorney's Office
       Timothy Day, AFPD
       Raymond Llerandi, USPO

