## CRIMINAL MINUTES

FILED by _____ D.C.

NOV 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-CR-WPD       DATE: November 7, 2002

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: _____       INTERPRETER: Spanish

UNITED STATES OF AMERICA       VS.   Victorino Lopez

U.S. ATTORNEY: _____       DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Final Revocation on Probation

RESULT OF HEARING: Violation hearing.
Deft denies Allegation. Court sets
evidentiary hearing.

CASE CONTINUED TO: 11/22/02   TIME: 11:00   FOR: _____
MISC: _____   Evidentiary hrg

