# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
NOV 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6360-CR-WPD  DATE: November 22, 2002

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS. Victorino Lopez

U.S. ATTORNEY: Don Chase     DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Evidentiary hearing on probation

RESULT OF HEARING: Violation. Gvt Case. Gvt Rests. Dft's Case. Gvt's Rule Regarding Witnesses. Snitches. Dft Rests. No Gvt Rebuttal. Dft Argues Motion. Gvt Responds. Dft is found Not Guilty. Probation is not revoked and Dft is back on probation w/ same conditions.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: _____

