# United States District Court

**DISTRICT OF** Florida (Southern)

USA v. Victorino Lopez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6360-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Ann Chase | Tim Day |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/22/02 | Bob Ryckoff | (signature) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/22 | ✓ | ✓ | Disposition of charge |
| | | | | | W-1 Yanely Perez |
| | | | | | W-2 Eddie Santiago |
| 2 | | | ✓ | ✓ | |
| 3 | | | ✓ | ✓ | transcript of Bench trial |

FILED by _____ D.C.
NOV 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages