UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE   No.   00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

VICTORINO LOPEZ
SS# 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
DOB: 04/01/1965

FILED by _____ D.C.

NUV 2 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 22nd  day of  November, 2002 for

final hearing for the revocation of the defendant's Probation.

On the 29th day of July, 2001, this Court sentenced the defendant to a period of

supervised probation  imposing certain terms and conditions for the defendant to comply with.

After an Evidentiary Hearing, this Court has found the defendant  NOT GUILTY

and that he has  NOT violated the terms and conditions of his Supervised Probation.  It is

thereupon:

ORDERED AND ADJUDGED that the Defendant's Supervised Probation

heretofore imposed by the Court be and the same is hereby REINSTATED with the same

conditions as previously imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale,

Florida this 25th day of  November, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



cc:     Donald Chase, AUSA
        Timothy Day, AFPD
        Raymond Llerandi, USPO
        U.S. Marshal   (3 certified)