RECEIVED
UNITED STATES MARSHAL
2002 NOV 25 PM 2: 24
SOUTHERN DISTRICT OF FLORIDA
U.S. ATTY OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

VICTORINO LOPEZ
SS# 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
DOB: 04/01/1965
66767-004

FILED by _____ D.C.
NOV 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUDGMENT & COMMITMENT UPON REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 22nd day of November, 2002 for final hearing for the revocation of the defendant's Probation.

On the 29th day of July, 2001, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

After an Evidentiary Hearing, this Court has found the defendant NOT GUILTY and that he has NOT violated the terms and conditions of his Supervised Probation. It is thereupon:

ORDERED AND ADJUDGED that the Defendant's Supervised Probation heretofore imposed by the Court be and the same is hereby REINSTATED with the same conditions as previously imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 25th day of November, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/25/02



No further action **required by**
the U.S. Marshals **Service.**

*Edward Stubbs, acting*
UNITED STATES MARSHAL

SDUSM  *Glen Witnek*