ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTORINO VENANCIO LOPEZ,

    Defendant.
_____/



FILED by _____ D.C.
INTAKE
AUG 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish that certain Judgment in a criminal case entered by the United States District Court for the Southern District of Florida on June 29, 2001, against Defendant, Victorino Venancio Lopez. A Judgment Lien relating thereto was duly recorded on April 03, 2002, in Official Records Book 20309, Page 1139, of the Public Records of Miami-Dade County, Florida.

    Said Judgment is relinquished as the restitution was paid in full.



The Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Witness my hand and seal this ___ day of _____, A.D. 2006.

Signed, Sealed and Delivered in Presence of:

_Brenda Glasford_
Brenda Glasford

_Colleen A. Perez_
Colleen A. Perez

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_Elizabeth Ruf Stein_
Elizabeth Ruf Stein
Assistant U.S. Attorney
FL. Bar No. 354945
99 N.E. 4th Street, #313
Miami, FL 33132-2111
TEL (305) 961-9313
FAX (305) 530-7139

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 15th day of August, A.D. 2006.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Rolando A. León
NOTARY PUBLIC, State of Florida

DID not take an oath

My Commission Expires:

This Instrument prepared by: Elizabeth Ruf Stein
Assistant U.S. Attorney
99 NE 4th Street, #313
Miami, Florida 33132-2111